KOH
BAR/TFH: USAO 2024R00396

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 24-cr-243 TDC |
| | * | USDC-GREENBELT '24 AUG 8 PM 3:01 |
| VINCENT ERIC MARK DOWTIN, | * | (Firearms Trafficking, |
| | * | 18 U.S.C. § 933(a)(1); Possession of |
| Defendant | * | a Machinegun, 18 U.S.C. § 922(o); |
| | * | Forfeiture, 18 U.S.C. §§ 924(d) and |
| | * | 934(a), 21 U.S.C. § 853, 28 U.S.C. |
| | * | § 2461(c)) |
| | * | |

\*\*\*\*\*\*\*

## INDICTMENT

### COUNT ONE
### (Firearm Trafficking)

The Grand Jury for the District of Maryland charges that:

Between at least on or about November 22, 2023, through on or about December 23, 2023, in the District of Maryland, the defendant,

**VINCENT ERIC MARK DOWTIN,**

attempted to, and did, ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm—that is, one Glock style 9mm, semi-automatic pistol, privately manufactured firearm with no serial number on the frame, equipped with a machinegun conversion device rendering it a fully automatic machinegun under 26 U.S.C. § 5845(b)—to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

18 U.S.C. § 933(a)(1)

## COUNT TWO
### (Firearm Trafficking)

The Grand Jury for the District of Maryland further charges that:

Between at least on or about January 17, 2024, through on or about February 27, 2024, in the District of Maryland, the defendant,

**VINCENT ERIC MARK DOWTIN,**

attempted to, and did, ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm —that is, one AR-type conversion device, with no manufacturer marks or serial number, defined as a machinegun under 26 U.S.C. § 5845(b)—to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

18 U.S.C. § 933(a)(1)

## COUNT THREE
### (Possession of a Machinegun)

The Grand Jury for the District of Maryland further charges that:

On or about February 27, 2024, in the District of Maryland, the defendant,

**VINCENT ERIC MARK DOWTIN,**

knowingly possessed a machinegun, as that term is defined in 18 U.S.C. § 921(a)(24) and 26 U.S.C. § 5845(b), that is, a Glock 17 9mm semi-automatic pistol with a full-automatic switch installed.

18 U.S.C. § 922(o)

## COUNT FOUR
### (Possession of a Machinegun)

The Grand Jury for the District of Maryland further charges that:

On or about March 13, 2024, in the District of Maryland, the defendant,

**VINCENT ERIC MARK DOWTIN,**

knowingly possessed a machinegun, as that term is defined in 18 U.S.C. § 921(a)(24) and 26 U.S.C. § 5845(b), that is, an AR-type conversion device.


18 U.S.C. § 922(o)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 924(d) and 934(a), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the defendant's convictions under any of the offenses alleged in Counts One through Four of this Indictment.

### Firearms Trafficking Forfeiture

2. Upon conviction of the offenses set forth in Count One and Count Two of this Indictment, the defendant,

**VINCENT ERIC MARK DOWTIN,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 934(a)(1): (A) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and (B) any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

### Firearms and Ammunition Forfeiture

3. Upon conviction of any of the offenses set forth in Counts One through Four of this Indictment, the defendant,

**VINCENT ERIC MARK DOWTIN,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offenses.

### Substitute Assets

4. If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the property described herein pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
18 U.S.C. § 933(a)
21 U.S.C. § 853
28 U.S.C. § 2461(c)

_____ /BAR
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**    Date: August 8, 2024

6